```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 08 B 03784
   THEODORE A CAPPELEN
                                              CHAPTER 13

                                              JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-9469

--------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
   The case was filed on 02/19/2008 and was not confirmed.

   The case was dismissed without confirmation 03/19/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                         PAID          PAID
--------------------------------------------------------------------------
ASSET ACCEPTANCE LLC    UNSECURED          1570.41          .00          .00
DEUTSCHE BANK           NOTICE ONLY     NOT FILED           .00          .00
OCWEN FEDERAL BANK      CURRENT MORTG         .00           .00          .00
OCWEN FEDERAL BANK      SECURED NOT I    40084.53           .00          .00
CHAD M HAYWARD          DEBTOR ATTY          .00                         .00
TOM VAUGHN              TRUSTEE                                          .00
DEBTOR REFUND           REFUND                                           .00

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                              .00

PRIORITY                                                      .00
SECURED                                                       .00
UNSECURED                                                     .00
ADMINISTRATIVE                                                .00
TRUSTEE COMPENSATION                                          .00
DEBTOR REFUND                                                 .00
                               ---------------       ---------------
TOTALS                               .00                      .00
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                              /s/ Tom Vaughn
   Dated: 06/25/08            _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```